UNITED STATES of America,
Plaintiff–Appellee,

v.

**Christopher Phillip VAUGHN,**
Defendant–Appellant.

No. 14–14051
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 13, 2015.

Michelle Lee Schieber, Danial Edward Bennett, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Donald L. Johstono, Donald L. Johstono, Attorney at Law, Macon, GA, for Defendant–Appellant.

Christopher Phillip Vaughn, Gray, GA, pro se.

Before ED CARNES, Chief Judge, HULL and ROSENBAUM, Circuit Judges.

PER CURIAM:

Donald L. Johstono, appointed counsel for Christopher Phillip Vaughn, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Vaughn's conviction and sentence are **AFFIRMED.**